UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

ANDY RYAN PHOTOGRAPHER, LLC,      :

                    :         26-CV-1789 (JAV)

        Plaintiff,         :

                    :       ORDER SCHEDULING

     -v-              :       DEFAULT JUDGMENT

                    :           BRIEFING

FOX CORPORATION, a Delaware corporation,   :
individually doing business as TMZ, doing business as  :
WWW.TMZ.COM,         :

                    :

        Defendant.       :
------------------------------------------------------------------------X
JEANNETTE A. VARGAS, United States District Judge:

      Defendant in this action appears to be in default. Plaintiff shall file any motion for

default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases,

**within two weeks of the date of this Order**. Plaintiff should familiarize itself with Local Civil

Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Rule

5.M of the Court's Individual Rules, govern default judgment motion practice before this Court.

Per Local Civil Rule 55.2, a party seeking default judgment must append to the motion a Clerk's

Certificate of Default, which may be obtained by following the procedure described in Local

Civil Rule 55.1. To be clear: Plaintiff must file the **motion** for default judgment, *not* merely the

request for a Clerk's Certificate of Default, by the above deadline.

      If Plaintiff's counsel submits calculations in support of any motion for default judgment,

Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions

of the files in their original format, such as in ".xlsx") to Chambers at

VargasNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed,

the Court will enter a further Order setting a deadline for any opposition and reply and

scheduling a hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: April 13, 2026
   New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2